# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA      Magistrate Case No. **17-9263**

v.

**ORDER**

Angel Rosado

The financial ability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

IT IS on this **26th** day of **October**, 2017

ORDERED that the Office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant in this cause until further Order of the Court.

*[signature]*

HONORABLE ANTHONY R. MAUTONE
UNITED STATES MAGISTRATE JUDGE

FD