UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Anthony R. Mautone |
| v. | : | Violation Notice: 6446227 |
| ANGEL C. ROSADO | : | <u>ORDER OF DISMISSAL</u> |

Under Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, William E. Fitzpatrick, the Acting United States Attorney for the District of New Jersey, dismisses Violation No. 6446227 against defendant Angel C. Rosado, which was issued on or about August 18, 2017, which charged that the defendant possessed a knife with a blade of more than 2½ inches in length in a Federal facility, in violation of 18 U.S.C. § 930(a), for the reason that prosecution of defendant Angel C. Rosado is being deferred under the terms of a pretrial diversion agreement.

This dismissal is without prejudice, and is pending the successful completion by defendant Angel C. Rosado of the Pretrial Diversion Program. If the Pretrial Diversion Program is not successfully completed, all charges will be reinstated.

*[signature]*
WILLIAM E. FITZPATRICK
Acting United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

*[signature]*
HON. ANTHONY R. MAUTONE
United States Magistrate Judge

Dated: 12/28/17